AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Michael Soaries <br> _Plaintiff_ <br> v. <br> Mullooly, Jeffrey, Rooney & Flynn; Gotham Process Inc., and Christopher Daniels <br> _Defendant_ | ) ) ) ) ) ) ) Civil Action No. |

MATSUMOTO, J.

BLOOM M.J.

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Christopher Daniels
C/O Gotham Process Inc.
299 BROADWAY
NEW YORK, NEW YORK, 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Dennis R. Kurz
Weisberg & Meyers, LLC
5025 N. Central Ave. #602
Phoenix, AZ 85012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT C. HEINEMANN**
_CLERK OF COURT_

Date: **FEB 25 2011**

_Signature of Clerk or Deputy Clerk_

UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*2532*

Index no : CV-11-0908

| Plaintiff(s): | Michael Soaries |
| Defendant(s): | Mullooy, Jeffrey, Rooney & Flynn, et al |

STATE OF NEW YORK
COUNTY OF QUEENS         ss.:

**Thomas Kallergis**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **03/09/2011** at **12:03 PM**, I served the within **Summons and Verified Complaint; Civil Cover Sheet** on **Christopher Daniels** at **c/o Gotham Process Inc, 299 Broadway, New York, NY 10007** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of said documents to **Robin Forman, General Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Christopher Daniels**, and the recipient responded in the affirmative.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | brown | 35 | 5'6" | 100 |
| Other Features: **short hair** | | | | | |

Sworn to and subscribed before me on
___MARCH___ _11_, 20 _11_
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: _____

X _____
Thomas Kallergis
License#: 1367086

Atty File#: 20110308152542

STEVE E. KONTARINES
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KO6230502
Qualified in Queens County
My Commission Expires November 01, 2014

JSV